UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 24-3210

UNITED STATES OF AMERICA

v.

STEVEN PENNYCOOKE,
                                                            Appellant

(E.D. Pa. No. 2:20-cr-00227-001)

Present:  CHAGARES, *Chief Judge,* PORTER and ROTH, *Circuit Judges*

   1.  Motion by Appellant to Designate Panel Opinion as Precedential

                                                            Respectfully,
                                                            Clerk/cjg


_____ORDER_____
The foregoing motion is denied.  The nonprecedential opinion issued in this matter on
December 19, 2025, is hereby amended in two respects as follows.  On page 4 of the
opinion, the phrase "attended to hearing" is amended to read "attended the hearing."  On
page 5 of the opinion, the citation "566 F.3d 341, 344–45 (3d Cir. 2024)" is amended to
read "566 F.3d 341, 344–45 (3d Cir. 2009)."


                                                  By the Court,

                                                  s/Michael A. Chagares
                                                  Chief Judge


Dated: January 21, 2026
CJG/cc:      Kwambina Coker, Esq.
             Robert A. Zauzmer, Esq.
             Keith M. Donoghue, Esq.